Argued and submitted April 5, affirmed June 2, 1999

RODNEY HOWEY,
*Respondent,*

*v.*

Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Appellant.*

(97-07-29021M; CA A100832)

987 P2d 526

Christine Chute, Assistant Attorney General, argued the cause for appellant. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Bob Pangburn argued the cause and filed the brief for respondent.

Before Landau, Presiding Judge, and Wollheim and Brewer, Judges.

PER CURIAM

Brewer, J., concurring.

**BREWER, J.,** concurring.

I concur in the result in this case because it is compelled by our decision in *Peek v. Thompson*, 160 Or App 260, 980 P2d 178 (1999). However, I persist in the view that *Peek* was incorrectly decided for one or more of the reasons stated in the dissent in that case.